In the Matter of NICHOLAS T. ROGERS, as Administrator of the Estate of BRUNO BURN, Deceased, Judgment Creditor, Respondent, v. ALBERT F. COYLE, Judgment Debtor, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Dore, J., dissents and votes to reverse.

FRANCES B. WETZELBERGER, Individually and as Executrix of LOUIS A. WETZELBERGER, Deceased, Respondent, v. HERBERT R. GRAF et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

JOSEPH A. ZALOOM et al., Copartners under the Name of ZENOBIA COMPANY, Respondents, v. MULCHAND DINCHAND et al., Copartners under the Name of KHIMANDAS BROTHERS, Appellants.— Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

CLARA H. WAGNER, Appellant, v. FERDINAND HARMS et al., Defendants, and BICKFORD'S INC., Defendant-Respondent.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ANTHONY BONGIORNO et al., Appellants, v. DELANO BUILDING CO., INC., et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANHATTAN SQUARE BERESFORD, INC., against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York. (Taxes of 1932 and 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANHATTAN SQUARE BERESFORD, INC., against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York. (Taxes of 1934.) Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

N. J. BOOTS v. ERWIN, WASEY & COMPANY, INC.— Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of JOHN S. SHIELDS against HARRY W. MARSH et al., Constituting the Municipal Civil Service Commission of the City of New York, et al.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., taking no part.

ABRAHAM S. GECHTMAN v. ISIDORE LIPSCHUTZ.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., taking no part.